# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>DAVID SANTOS-MIRANDA,<br><br>    Defendant. | CASE NO. 10cv0254 DMS<br>*related to case no. 08cr4136 DMS*<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 28 U.S.C. § 2255**<br><br>**[Docket No. 34]** |

On February 19, 2009, Defendant David Santos-Miranda pleaded guilty to one count of importation of methamphetamine in violation of 21 U.S.C. §§ 952 & 960. This Court sentenced Defendant on June 29, 2009. On January 29, 2010, Defendant filed the present motion for reduction of sentence pursuant to 28 U.S.C. § 2255.

Defendant's motion is denied because when he pleaded guilty in exchange for a lower sentence, he waived his right to collaterally attack his sentence. (*See* Docket No. 22 at 8-9.) Such a waiver bars relief under § 2255. *United States v. Abarca*, 985 F.2d 1012, 1014 (9th Cir. 1993). *See also United States v. White*, 307 F.3d 336, 3443 (5th Cir. 2002) (holding that ineffective assistance of

/ / /

/ / /

/ / /

counsel claim survives waiver "only when the claimed assistance directly affected the validity of that waiver or the plea itself.").

**IT IS SO ORDERED.**

DATED: June 8, 2010

                                      HON. DANA M. SABRAW
                                      United States District Judge